UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 25-50526   BK ○  AP ●

If AP, related BK case number: 24-10140

Title of Order Appealed: Order (Opinion also included)

Docket #: 141, 140   Date Entered: 11/20/25

Item Transmitted:

| ✓ | Notice of Appeal (Interlocutory) | Docket #: 154 | Date Filed: 12/4/25 |
| | Amended Notice of Appeal | Docket #: | Date Filed: |
| | Cross Appeal | Docket #: | Date Filed: |
| ✓ | Motion for Leave to Appeal | Docket #: 154 | Date Filed: 12/4/25 |
| | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Biju Raveendran

**Appellee/Cross Appellee**

BYJU's Alpha, Inc

**Counsel for Appellant/Cross Appellant:**

Daniel P. Hogelberg
824 N. Market St, Suite 1001A
Wilmington, DE  19801
(See additional attorney on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Robert S. Brady
Kenneth J. Enos
Jared W. Kochenash
1000 N. King St
Wilmington, DE  19801 **

| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ● | No ○ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |

Civil Action Number: PENDING

(continued on next page)

**Notes:** \*\* Additional attorneys for Appellee are listed on appeal)

(See also Interested Party: Intervenor)

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/8/25          by: /s/ Kimberly Ross
                                                          **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    25-62